IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13CV105

| | | |
|---|---|---|
| MARTHA J. LANEY, | ) | |
|     Appellant, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOHN W. TAYLOR, | ) | |
|     Appellee. | ) | |

    This matter is before the court upon its own motion. It appears to the court that this bankruptcy appeal was docketed on February 19, 2013. Pursuant to Fed. R. Bankr. P. 8006, Appellant was required to file the designation of items to be included in the record on appeal and a statement of the issues to be presented to the Court. As Appellant has failed to do this, this appeal is dismissed.

    IT IS THEREFORE ORDERED that this appeal is hereby DISMISSED.

    Signed: March 18, 2013

Graham C. Mullen
United States District Judge